UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GERMANIA GARZON, as Administrator of
the Estate of OSCAR GARZON, and
GERMANIA GARZON, Individually,

                          Plaintiff,                    **ORDER**

        -against-                             21 Civ. 5524 (AEK)

UNITED STATES OF AMERICA,

                          Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties first notified the Court that they had reached a settlement in principle on April 3, 2023. ECF No. 47. While the Court understands that there are various issues that make arriving at a final settlement agreement in this matter more complex than in other comparable cases, it has been nearly three months since the initial agreement was reached, the parties have provided four separate status reports at the Court's direction, and the final agreement is still at least another two weeks away.

      Rather than continue in this fashion, the Court, via this order, is administratively closing the case, without prejudice to restoring the action to the Court's calendar if the application is made within thirty (30) days. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

      The Court anticipates that the parties will require the Court to review and approve a proposed stipulation and order of settlement and dismissal before any settlement payment can be made, and the Court will monitor the docket for that proposed stipulation and order to ensure that it is reviewed promptly. If the Court does not take action on the parties' proposed stipulation and

2

order within one week of filing, counsel are directed to contact chambers by telephone to inquire as to the status of the proposed stipulation and order.

It is hereby **ORDERED** that this action is dismissed without costs to any party. The Clerk of Court is respectfully directed to close this case.

Dated: June 29, 2023
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2